UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN GARCIA, | : | |
| | : | |
| Plaintiff, | : | CASE No. _____ |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER M. CROMMIE and | : | |
| JB HUNT TRANSPORT, INC. | : | |
| | : | |
| Defendants. | : | JUNE 21, 2023 |

## NOTICE OF REMOVAL

Defendants, CHRISTOPHER M. CROMMIE and JB HUNT TRANSPORT, INC., (hereinafter "Defendants"), by and through its attorney, Cullen W. Guilmartin, Esq., of Gordon Rees, LLC, hereby remove this action from the Superior Court, Judicial District of New Haven State of Connecticut, where it is pending, to the United States District Court for the District of Connecticut. In support of this Notice of Removal, Defendants state as follows:

1. On May 30, 2023, Plaintiff, John Garcia, served civil action in the Connecticut Superior Court captioned <u>John Garcia  v. Christopher M. Crommie and JB Hunt Transport, Inc.,</u> Docket No. NNH-CV-23-6133294-S, with a Return Date of June 27, 2023 on Defendants Christopher M. Crommie and JB Hunt Transport, Inc. (a copy of the Return of Service is attached hereto as **Exhibit 1**).

2. The action is removable, pursuant to 28 U.S.C. § 1441(b)(2), because the Plaintiff is a resident of Connecticut; Defendant, Christopher M. Crommie, is a resident of and domiciled in Pennsylvania and the Co-Defendant, JB Hunt Transport, Inc. is a Georgia corporation with its principal place of business in the State of Arkansas. *See* Return of Service, Exhibit 1.

3. Defendants attach all process, pleadings and orders served on it to date as **Exhibit 2**.

4. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 in that there is diversity jurisdiction between the Plaintiff (a Connecticut resident), Christopher M. Crommie (a Pennsylvania resident) and JB Hunt Transport, Inc. (a Georgia company, with its principal place of business in Arkansas).

5. The amount in controversy exceeds the value or sum of seventy-five thousand dollars ($75,000.00), excluding interest and costs, based upon the injuries Plaintiff alleges she has suffered, **as well as her counsel's pre-suit written demand for settlement in an amount in excess of $75,000.00**. *See Grunberger Jewelers v. Leone*, No. 3:03CV647 (CFD), 2003 WL 21488752 at *2 (D.Conn. June 25, 2003).

6. Plaintiff, John Garcia, claims the following injuries and damages: injury to his head; injury to his abdomen; injury to his neck; injury to his back; injury to his right shoulder; anxiety and hypervigilance when driving; and pain and suffering, as well as costs of medical treatment, and lost wages. (Please see Plaintiff's Complaint, ¶¶ 9-12).

7. In addition, Plaintiff has allegedly incurred medical expenses totaling $3,854.50, and continuing to increase.

8. At the time the Complaint was served, and at all times since, including at the time this Notice of Removal is filed, Defendant, Christopher M. Crommie, was and is a resident of Pennsylvania, and Defendant, JB Hunt Transport, Inc., is incorporated in the State of Georgia and maintains its principal place of business in Lowell, Arkansas. (*Please see* Return of Service, Exhibit 1).

9. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

10. This Notice of Removal is timely filed within 30 days after the receipt by Defendants of a copy of the pleading, motion, order or other paper from which it could first be ascertained that the case has become removable.

11. Defendants have served this Notice of Removal upon Plaintiff's counsel by mail, and through the Court's CM/ECF system, and is filing it with the Clerk of the Court of the Superior Court, Judicial District of New Haven, State of Connecticut, pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendants, CHRISTOPHER M. CROMMIE and JB HUNT TRANSPORT, INC., remove this matter from the Superior Court for the Judicial District of New Haven, State of Connecticut, to this Court in accordance with 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: June 21, 2023

        THE DEFENDANTS:
        CHRISTOPHER M. CROMMIE and
        JB HUNT TRANSPORT, INC.

        By: /s/ Cullen W. Guilmartin
            Cullen W. Guilmartin, Esq. (ct27667)
            Gordon Rees, LLC
            95 Glastonbury Blvd, Suite 206
            Glastonbury, CT 06033
            Juris No. 426360
            Tel: (860) 278-7448
            Fax: (860) 560-0185
            cguilmartin@grsm.com

## **CERTIFICATION**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on June 21, 2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Frank C. Bartlett, Jr., Esq.
Bartlett & Grippe, LLC
143 Main Street
Cheshire, CT 06410

            */s/ Cullen W. Guilmartin*
            Cullen W. Guilmartin, Esq.